FOKES v. WELLS.

LUMPKIN, J.  This court will not disturb the first grant of a new trial upon certiorari from a city court, unless the verdict is demanded by the evidence. *Brantley* v. *Taylor*, 121 *Ga.* 475.

Judgment affirmed.  All the Justices concur, except Simmons, C. J., absent.

Submitted May 19,—Decided June 16, 1905.

Certiorari.  Before Judge Littlejohn.  Dooly superior court.  October 29, 1904.

*Watts Powell*, for plaintiff.  *M. P. Hall*, for defendant.